**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KYLE G. MARTIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-01161-JAR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Thursday, February 25, 2021 at 3:30 p.m., central standard time.** The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 18th day of February, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE